UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 3:12-CR-38(01)RM |
| | ) | |
| BILLY RAY BOWEN | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on April 13, 2012 [Doc. No. 8]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Billy Ray Bowen's plea of guilty, and FINDS the defendant guilty of Count 1 the Information, in violation of 18 U.S.C. § 2252(a)(4)(B).

SO ORDERED.

ENTERED:   May 2, 2012  


               /s/ Robert L. Miller, Jr.      
          Judge
          United States District Court